IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| TASTINGS IMPORT COMPANY, | ) | Case No. 12 B 00196 |
| | ) | |
| Debtor. | ) | Hon. Carol A. Doyle |
| | ) | |
| | ) | Hearing Date & Time: |
| | ) | December 18, 2014 at 10:30 a.m. |

**NOTICE OF MOTION**

TO: Attached Service List

**PLEASE TAKE NOTICE THAT** on December 18, 2014, at 10:30 a.m., I shall appear before the Honorable Carol A. Doyle, or any other judge sitting in her stead, in Room 742, 219 South Dearborn Street, Chicago, Illinois, and request a hearing on The Liquidating Trustee's Motion To Enter Final Decree Closing Chapter 11 Case, a copy of which is attached hereto and hereby served upon you.

**CERTIFICATE OF SERVICE**

I, the undersigned, an attorney, hereby state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, I caused a copy of the foregoing NOTICE OF MOTION and MOTION to be served on all persons set forth on the attached Service List identified as Registrants through the Court's Electronic Notice for Registrants and, as to all other persons on the attached Service List by mailing a copy of same in an envelope properly addressed and with postage fully prepaid and by depositing same in the U.S. Mail, Chicago, Illinois, on the 10th day of December 2014.

                                                                     /s/ Gregory K. Stern
                                                                           Gregory K. Stern

Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
Rachel S. Sandler (Atty. ID #6310248)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558

## SERVICE LIST

**Registrants Served Through The Court's Electronic Notice For Registrants**

Patrick S. Layng, United States Trustee
219 South Dearborn Street, Suite 873
Chicago, Illinois 60604

John Guzzardo
Shaw Gussis Fishman Glantz
Wolfson & Towbin LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60654

Patrick M. Jones
Greensfelder, Hemker & Gale, PC
200 West Madison Street, Suite 2700
Chicago, Illinois 60606

Barry A. Chatz, Esq., Chapter 7 Trustee
120 South Riverside Plaza
Suite 1200
Chicago, Illinois 60606-3910

**Parties Served Via US Mail**

Tastings Import Company
Attn: Charles Laverick
910 West Van Buren Street, Suite 5000
Chicago, Illinois 60607

Charles Laverick
1622 Ridge Avenue
Evanston, IL 60201

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| TASTINGS IMPORT COMPANY, | ) | Case No. 12 B 00196 |
| | ) | |
| Debtor. | ) | Hon. Carol A. Doyle |
| | ) | |
| | ) | Hearing Date & Time: |
| | ) | December 18, 2014 at 10:30 a.m. |

**MOTION TO ENTER FINAL DECREE CLOSING CHAPTER 11 CASE**

Now comes Barry A. Chatz, the Liquidating Trustee, by and through his attorneys, Gregory K. Stern, Monica C. O'Brien, and Rachel S. Sandler, and in support of his Motion to Enter Final Decree Closing Chapter 11 Case, pursuant to 11 U.S.C. § 350 and Bankruptcy Rule 3022, states as follows:

1. On January 4, 2012, the Debtor filed a Voluntary Petition for relief under Chapter 11 of the Bankruptcy Code.

2. On July 26, 2012, this Court entered an Order Approving Disclosure Statement and Confirming Plan of Liquidation (the "Confirmation Order").

3. Pursuant to the Plan of Liquidation, the Debtor in Possession transferred all monies to the TIC Liquidating Trust Agreement and were deposited into an account established by the Liquidating Trustee, Barry A. Chatz.

4. The Debtor and/or Liquidating Trustee have made all payments required by the United States Trustee.

5. An adversary, more commonly known as *Barry A. Chatz, not individually, but solely as the Trustee of the TIC creditors Trust, v. Charles Laverick and Anne Laverick*, Adv Case No 14 A 0006, is pending before this Court.

   6.  There are no remaining contested matters pending and no further steps need be taken to facilitate the administration of the Confirmed Plan.

   WHEREFORE, Barry A. Chatz, the Liquidating Trustee, prays for an order entering Final Decree closing the Debtor's Chapter 11 case; and, for such other relief as may be just.

                    /s/ Gregory K. Stern
                    Gregory K. Stern

Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
Rachel S. Sandler (Atty. ID #6310248)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558