UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re: )  BK No.: 12-00196
TASTINGS IMPORT COMPANY )
)  Chapter: 11
)
)  Honorable Carol Doyle
)
)
Debtor(s) )

# FINAL DECREE CLOSING CHAPTER 11 CASE

THIS CAUSE COMING ON TO BE HEARD on the Liquidating Trustee's Motion to Enter Final Decree Closing Chapter 11 Case, pursuant to 11 U.S.C. § 350 and Bankruptcy Rule 3022, due and proper notice having been served, the Court having jurisdiction over the parties and subject matter and being fully advised in the premises:

IT IS HEREBY ORDERED THAT:

1. A Final Decree closing the Debtor's Chapter 11 case is hereby entered.

Enter:

Honorable Carol A. Doyle
United States Bankruptcy Judge

Dated: December 18, 2014

**Prepared by:**

Gregory K. Stern (Atty. ID #6183380)
Monica C. O'Brien (Atty. ID #6216626)
Rachel S. Sandler (Atty. ID #6310248)
53 West Jackson Boulevard
Suite 1442
Chicago, Illinois 60604
(312) 427-1558